1 | Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
2 | 28 N. First Street, 6th Floor
San Jose, California 95113-1210
3 | policemisconduct@compuserve.com

4 | 408-286-5150

5 | Attorney for PAUL CICALA, ENRICO SAGULLO,
and ERICK SANCHEZ

6

7

**FILED**

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8 | **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN JOSE DIVISION**

PVT

11

12 | PAUL CICALA, ENRICO SAGULLO,
ERICK SANCHEZ,
13

14 | v.

**C08  0403 2**

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS – JURY TRIAL
DEMANDED

15 | CITY OF SAN JOSE, ROBERT DAVIS,
individually and in his capacity as the Chief of
16 | Police for the City of San Jose; OFFICER
ORDAZ, A San Jose police officer; OFFICER
17 | HIGGINS, a San Jose police officer ; OFFICER
MARFIA, BADGE NO. 3254, a San Jose police
18 | officer; OFFICER KYONO, a San Jose police
officer; OFFICER SIEGEL, a San Jose police
19 | officer; JOHN DOE and RICHARD ROE,
individually and in their capacities as police officers
20 | for the City of San Jose, the identity and number
of whom are unknown to plaintiff; DOES 1 through
21 | 200,
*Defendants.*
22

23 | //

24 | //

25 | //

26 | //

27

28 | Complaint for Violation of Civil Rights –
Jury Trial Demanded

Page 1

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150*

**JURISDICTION**

1. This action arises under Title 42 of the United States Code, Section 1983. Jurisdiction is conferred upon this Court by Title 28 of the United States Code, Sections 1331 and 1343. The unlawful acts and practices alleged occurred in the City of San Jose, which is within this judicial district.

**PARTIES**

2. Plaintiff PAUL CICALA is and at all times herein mentioned was a resident of Cathedral City, California, and readily recognizable as Hispanic.

3. Plaintiff ENRICO SAGULLO is and at all times herein mentioned was a resident of San Mateo, California, and readily recognizable as Hispanic.

4. Plaintiff ERICK SANCHEZ is and at all times herein mentioned was a resident of San Jose, California, and readily recognizable as Hispanic.

5. Defendant CITY OF SAN JOSE ("CITY") is a municipal corporation, duly organized and existing under the laws of the State of California. Defendant ROBERT DAVIS (hereinafter "DAVIS") at all time mentioned herein was the Chief of Police for CITY, acting under the color of law and in the course and scope of his employment for defendant CITY.

6. At all times mentioned herein, defendants OFFICER ORDAZ, OFFICER HIGGINS, OFFICER MARFIA, BADGE NO. 3254, OFFICER KYONO, OFFICER SIEGEL, and JOHN DOE and RICHARD ROE (hereinafter "OFFICERS"), were employed as police officers for

Law Offices of Anthony Boskovich 28 North First Street, 6ᵗʰ Floor, San Jose, CA 95113 (408) 286-5150

Complaint for Violation of Civil Rights –
Jury Trial Demanded                                                    Page 2

1  defendant CITY. Defendant officers are sued individually and in their capacity as police officers

2  for the CITY. By engaging in the conduct described here, defendant officers acted under the color

3  of law and in the course and scope of their employment for defendant CITY. By engaging in the

4  conduct described here, defendant officers exceeded the authority vested in them as police officers

5  under the United States Constitution and as employees of the CITY.

6

7       7. Plaintiffs are ignorant of the true names and capacities of defendant DOES 1 through 200,

8  inclusive, and therefore sue these defendants by such fictitious names. Plaintiffs are informed and

9  believe and thereon allege that each defendant so named is responsible in some manner for the

10  injuries and damages suffered by plaintiffs as set forth. Plaintiffs will amend their complaint to state

11  the true names and capacities of defendants DOES 1 through 200, inclusive, when they have been

12  ascertained.

13

14      8. At all times mentioned herein, each named and DOE defendant was the agent or

15  employee of defendant CITY, and in doing the things alleged, were acting within the course and

16  scope of such agency or employment and with the actual or implied permission, consent,

17  authorization, and approval of CITY.

18

19

20                     **STATEMENT OF FACTS**

21

22      9. The City of San Jose for decades allowed its downtown to deteriorate and has made an

23  effort to revitalize this part of town in several ways in order to generate needed tax revenue for the

24  City.

25

26

27

28  Complaint for Violation of Civil Rights –
    Jury Trial Demanded                                                          Page 3

*Law Offices of Anthony Boskovich 28 North First Street, 6ᵗʰ Floor, San Jose, CA 95113 (408) 286-5150*

10. One such way is to allow nightclubs to operate that attract young people to downtown in the evening. Another was to sponsor at huge public expense a professional automobile race through the streets of downtown San Jose. The City, however, has developed a strong policy to essentially roll up the sidewalks at closing time and the San Jose Police Department has developed strong policies and aggressive procedures in order to rid its downtown of these paying customers after there is no more tax revenue to be had.

11. In essence, at closing there is an extremely large number of police officers who are deployed in such a way as to herd the patrons so that they have no choice but to leave. Batons and other not-so-subtle weapons are routinely deployed to prod citizens out of the area. Officers are rude and insulting to citizens and are trained and allowed to use physical force and false charges in order to not only punish innocent citizens who have failed the officers' "attitude test", but also to serve as examples to others to ensure compliance. Occasionally city streets are coned preventing any driver from turning until a freeway or the city limits are reached.

12. The most common criminal charge that is falsely used for arrest is violation of Penal Code section 647, subdivision (f), commonly referred to as "public intoxication" or "drunk in public". That section provides that in order to be guilty of this charge that the citizen, by reason of intoxication, must be "unable to care for his or her own safety or the safety of others ..." Thus, mere intoxication s not enough.

13. Despite this, the San Jose Police Department intentionally does not train its officers how to determine if a person meets the required criteria, does nothing to determine if an officer has a proper understanding of the required criteria, and does nothing to follow up on the disposition of the arrests to determine if an officer is abusing his or her power by making these arrests for improper purposes. Quite the contrary; the San Jose Police Department and its command personnel both

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

1  expressly and impliedly encourage it officers to aggressively remove innocent persons from its streets

2  at night with tactics including but not limited to false charges and unnecessary violence.

3

4      14.  The San Jose police know and train its officers that chemical testing of arrestees for

5  public intoxication is not legally required despite the fact that it is an extremely good indicator of the

6  viability of the charge and oftentimes the only way that a defendant can show his or her innocence.

7  The officers are not trained that they are legally required to allow administration of a chemical test

8  if requested and routinely deny the request if made.

9

10     15.  Instead, there is a custom and practice in the San Jose Police Department to falsely arrest

11  innocent citizens as noted above for public intoxication knowing that the innocent citizen will be

12  taken to a detention facility and held for at least 6 to 8 hours before being released and, knowing that

13  no chemical test will be administered, the arrestee will be unable to prove his or her innocence

14  because the case will simply be a matter of credibility between the officer and an allegedly drunk

15  citizen.

16

17     16.  The custom and practice is also for officers to write down that the suspect was so

18  intoxicated that he or she could not care for himself or herself with little or no description of any facts

19  to establish this element and to describe as though written with a rubber stamp that the suspect had

20  a strong odor of an alcoholic beverage, had bloodshot and watery eyes, an unsteady gait, and slurred

21  speech.  Literally hundreds of citizens per year are forced to enter guilty or no-contest pleas rather

22  than face a trial in which it is their dilemma to have to pay thousands of dollars for defense and in

23  which they will be opposed by professional witnesses and in which they have no evidence other than

24  their own testimony to prove their innocence.

25

26

27

28

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

17. Additionally, the City and Chief Davis have engaged in an insidious practice of racial profiling and discrimination in its downtown area by setting up selective enforcement around certain nightclubs based upon the racial makeup of the clubs' patrons, and then assigning a cadre of officers with specific assignments to harass people in or near these clubs, with an emphasis on people of color, in an effort to discourage young non-white people for coming to San Jose's downtown area.

18. The City of San Jose and its Chief of Police, Robert Davis, are very aware of these scenarios, and ratified it through official policies and procedures despite knowing the risks and actual consequences to the public.

19. The City, by and through its City Attorney's Office and Police Department, encourage and in fact proliferate the above described police misconduct by failing to train, investigate complaints, supervise, and discipline its police officers. Because of this conduct, patrons of San Jose's downtown are on a daily basis abused with impunity.

**FACTS SPECIFIC TO PAUL CICALA**

20. Plaintiff PAUL CICALA is a resident of Cathedral City, a magna cum laude graduate of the University of Southern California, and the sports anchor for a network television station in Southern California. Mr. Cicala is readily recognizable as Hispanic.

21. On 29 July 2007, at approximately 1:40 A.M., Mr. Cicala was in downtown San Jose. He was not intoxicated. There was a large crowd downtown because of the San Jose Grand Prix.

22. Mr. Cicala saw several OFFICERS, including OFFICER ORDAZ, physically abusing a citizen, and was appalled by what he was witnessing. As a journalist, Mr. Cicala instinctively took

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

Complaint for Violation of Civil Rights –
Jury Trial Demanded

1  out his cell phone to record the misdeeds of the San Jose police.  Mr. Cicala got no closer than 10

2  feet from the OFFICERS.

3

4      23.  OFFICER ORDAZ noticed that his brutality was being recorded, and he immediately

5  reacted.  OFFICER ORDAZ yelled to Mr. Cicala: "What the fuck are you doing?  Don't fucking

6  take any pictures.  What?  Do you think you're a lawyer?"

7

8      24.  Mr. Cicala knew that OFFICER ORDAZ' fury was now directed toward him, so he

9  began to step away.  It was too late.

10

11      25.  OFFICER ORDAZ yelled to another OFFICER to "get him", and another OFFICER

12  obeyed the command and grabbed Mr. Cicala from behind and threw him into the police car.

13

14      26.  Another OFFICER began to handcuff Mr. Cicala.  Mr. Cicala asked why he was being

15  arrested, and told the officers that he was a journalist exercising his First Amendment rights.

16  OFFICER ORDAZ had an apropos response given the attitude of the San Jose police towards the

17  civil rights of its citizens: "That's what you get for trying to be a fucking lawyer."

18

19      27.  Mr. Cicala was put in the paddy wagon.  Mr. Cicala kept trying to explain to the police

20  that he was a journalist who was simply recording an event in public.  Mr. Cicala was asked why he

21  was in San Jose, and he responded that he was here for the San Jose Grand Prix.  He was then asked

22  if he had been at a bar, and when he answered in the affirmative he was told that was all it takes.

23

24      28.  Finally, the wagon master, OFFICER HIGGINS, told Mr. Cicala that he was being

25  arrested for being drunk in public.  This was a curious statement because no officer had any evidence

26  that Mr. Cicala had even consumed a single drink, and it was clear that Mr. Cicala was not

27

28  Complaint for Violation of Civil Rights –
Jury Trial Demanded                                                                    Page 7

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

1  intoxicated.  When Mr. Cicala told OFFICER HIGGINS that he was not intoxicated, he also

2  demanded some form of chemical test.  OFFICER HIGGINS refused.

3

4  29.  Mr. Cicala was taken to Santa Clara County Main jail where he was confined until he

5  was released at 10 A.M., well too late to prove his sobriety at the time of the incident.  When he

6  retrieved his cell phone he realized that the San Jose police had erased the video he had taken.

7

8  30.  When the Santa Clara County District Attorney's office reviewed the report, the

9  prosecutors realized that Mr. Cicala had committed no crime and refused to file a criminal

10  complaint.

11

12  **FACTS SPECIFIC TO ENRICO SAGULLO**

13

14  31.  Plaintiff Enrico Sagullo is a resident of the City of San Mateo and is clearly recognizable

15  as non-Caucasian.

16

17  32.  On November 17, 2006, at approximately 1:30 a.m., Mr. Sagullo was heading home

18  from the "Taste" nightclub in downtown San Jose with a few friends.

19

20  33.  Mr. Sagullo noticed OFFICERS aggressively herding people out of town and using

21  excessive force against innocent citizens.  Mr. Sagullo decided that he wanted to make a complaint

22  to San Jose police command about what he had seen, and he waited for the offending OFFICER,

23  believed to be defendants OFFICER MARFIA, BADGE NO. 3254, to complete what he was doing.

24  Mr. Sagullo then politely walked up to the officer and, without interrupting or impeding the officer

25  from the performance of his duties in any way,  asked for his name and badge number.  The officer

26  replied that Mr. Sagullo should step aside and wait for the badge number.

27

28  Complaint for Violation of Civil Rights –
Jury Trial Demanded

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

34.  Mr. Sagullo complied, telling the OFFICER that he would be waiting.  When the OFFICER completed his task, he instructed other OFFICERS to "take him too", and Mr. Sagullo was viciously turned around and slammed into a fence, and then handcuffed.  Mr. Sagullo obeyed every command and never resisted in any way.

35.  As he was being handcuffed, Mr. Sagullo asked for a chemical test with no response. Instead, he was placed in a paddy wagon and hauled off to jail, where he spent the night for a crime he did not commit.

36.  Predictably, Mr. Sagullo was charged with a violation of Penal Code section 647, subdivision (f), based upon the officer's false police report. After a few court appearances, and upon examination of the evidence, the charges were dismissed.

### FACTS SPECIFIC TO ERICK SANCHEZ

37.  Plaintiff Erick Sanchez is a resident of the City of San Jose and is clearly recognizable as Hispanic.

38.  On October 27, 2006, at approximately 2:00 a.m., Mr. Sanchez was walking on the sidewalk in the area of San Salvador and First Streets in San Jose.  Mr. Sanchez was with friends, headed home.

39.  As they left the club, Mr. Sanchez and his friends were faced with an aggressive phalanx of OFFICERS, among whom were OFFICER KYONO and OFFICER SIEGEL.  The OFFICERS were occupying the streets and sidewalks in a military formation designed to intimidate citizens and terrify them off of the streets.

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

Complaint for Violation of Civil Rights –
Jury Trial Demanded

40. As Mr. Sanchez' friend started to cross the street between First Street and San Salvador. One of the OFFICERS approached Mr. Sanchez' friend, pushed him back toward the sidewalk, and said "you can't cross here; Get out of here and go home". The OFFICER then pushed Mr. Sanchez in a similar manner, back into the main area of the sidewalk. The police force was in formation, herding the citizens away from the downtown area.

41. Mr. Sanchez complied with the orders of the police, and moved down the sidewalk in front of the police formation. Despite his compliance, Mr. Sanchez was then told to "get moving faster, or I'm gonna beat your ass with my stick".

42. At this point, Mr. Sanchez started to walk away from the oncoming formation at a faster pace. As Mr. Sanchez was walking away, without slowing or looking back, he raised his middle fingers of both hands behind him in the direction of the OFFICER who had threatened him.

43. Seconds later, Mr. Sanchez was jumped from behind, slammed down to the ground face first, and was severely beaten by several OFFICERS, including OFFICER KYONO and OFFICER SIEGEL.

44. Mr. Sanchez begged for help, and prayed for the OFFICERS to stop. As the beating carried on, the main assailant OFFICER stated words to the effect of "that's right motherfucker; what's up now, you ain't so tough you bitch".

45. Mr. Sanchez never resisted the officers, and was strapped by the hands and feet with "zip ties" and subsequently handcuffed. Mr. Sanchez was then forcibly placed against a police car, where his arms and hands were injured from the lifting and twisting exerted by the OFFICERS.

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Page 10

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

46. Mr. Sanchez was then literally thrown head first onto the floor of a police van, with his hands cuffed behind his back. As a helpless Mr. Sanchez landed on the floor of the van, the OFFICER stated words to the other occupants the effect of "go ahead, he's all yours, kick his ass". This was all the more terrifying to Mr. Sanchez because he was now at the feet of criminal suspects who were handcuffed to the walls of the van.

47. Mr. Sanchez was subsequently booked, charged with public intoxication, and thrown in jail.

48. Initially, Mr. Sanchez was treated by the jail nurse for his injuries. Although he reported the circumstances of the beating to the jail nurse, she took no action, and made no report. Mr. Sanchez was eventually treated by his family doctor.

## DAMAGES

49. As a proximate result of defendants' conduct, plaintiffs suffered pain and physical injuries. As a further proximate result of defendants conduct , plaintiffs suffered severe emotional and mental distress, fear, terror, anxiety, humiliation, embarrassment, and loss of their sense of security, dignity, and pride as citizens of the United States.

50. As a further proximate result of defendants' conduct, plaintiffs have incurred expenses, including medical expenses, and lost time and earnings from their usual occupations, and will continue to lose time and earnings and incur medical expenses into the future.

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Page 11

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

1    51.   The conduct of defendants OFFICERS was malicious, wanton, and oppressive.

2   Plaintiffs are therefore entitled to an award of punitive damages against defendants OFFICERS.

3

4    52.   Plaintiffs found it necessary to engage the services of private counsel to vindicate their

5   rights under the law.  Plaintiffs are therefore entitled to an award of all attorney's fees incurred in

6   relation to this action for violation of their civil rights.

7

8

9                              **FIRST CLAIM FOR RELIEF**
                                    (42 U.S.C § 1983)
10                  (Against defendants OFFICERS and DOES 1 through 200, inclusive)

11

12    53.   Plaintiffs reallege and incorporate by reference paragraphs 1 through 52 of this

13   Complaint.

14

15    54.   In doing the acts complained of, defendants OFFICERS acted under color of law to

16   deprive the plaintiff of certain constitutionally protected rights, including, but not limited to:

17    a.   The right to be free from unreasonable searches and seizures, as guaranteed by the Fourth

18   and Fourteenth Amendments to the United States Constitution;

19    b.   The right to be free from arrest without probable cause, as guaranteed by the Fourth and

20   Fourteenth Amendments to the United States Constitution;

21    c.   The right not to be deprived of life or liberty without due process of law, as guaranteed

22   by the Fifth and Fourteenth Amendments to the United States Constitution;

23    d.   The right to be free from the use of excessive force by police officers and other

24   government actors, which is guaranteed by the Fourth, Fifth and Fourteenth Amendments to the

25   United States Constitution;

26

27

28   Complaint for Violation of Civil Rights –
     Jury Trial Demanded                                                          Page 12

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*

1       e. The right to be free from cruel and unusual punishment; and from pre-charging and pre-

2 judgment punishments, as guaranteed by the Eighth Amendment to the United States Constitution;

3       f. The right to be free from interferences with the zone of privacy, as protected by the Fourth

4 and Ninth Amendments to the United States Constitution;

5       g. The right to preservation of evidence in a criminal case, as protected by the Fifth, Sixth,

6 and Fourteenth Amendments to the United States Constitution;

7       h. The right to prompt medical attention as guaranteed by the Fourteenth Amendment to

8 the United States Constitution;

9       i. The right to free exercise of speech, association, and the press, as guaranteed by the First

10 and Fourteenth Amendments to the United States Constitution;

11       j. The right to equal protection of the laws, as guaranteed by the Fourteenth Amendment

12 to the United States Constitution; and,

13       k. The right to local intrastate travel as guaranteed by the substantive due process provisions

14 of the United States Constitution.

15     55. As a proximate result of defendants' wrongful conduct, plaintiffs suffered injuries and

16 damages as set forth.

17

18    **WHEREFORE**, Plaintiffs pray for relief as set forth.

19

20

21                  **SECOND CLAIM FOR RELIEF**
                      (42 U.S.C. § 1983)

22       (Against Defendants CITY OF SAN JOSE and DAVIS)

23

24     56. Plaintiffs reallege and incorporate by reference herein paragraphs 1 through 55 of this

25 Complaint.

26

27

28 Complaint for Violation of Civil Rights –
Jury Trial Demanded                                               Page 13

Law Offices of Anthony Boskovich 28 North First Street, 6ᵗʰ Floor, San Jose, CA 95113 (408) 286-5150

57. The CITY and DAVIS, Chief of Police for the CITY, by and through their supervisory officials and employees, have been given notice on repeated occasions of a pattern of ongoing constitutional violations and practices by defendants CITY and OFFICERS herein, and other San Jose police officers, as outlined in paragraphs 9 through 19 of this complaint, and with respect to exemplar individual incidents as outlined in paragraphs 20 through 48 of this Complaint. Despite said notice, defendants CITY and DAVIS have demonstrated deliberate indifference to this pattern and practices of constitutional violations by enacting the policies, customs, and practices as alleged in paragraphs 9 through 19 of this Complaint and by failing to take necessary, appropriate, or adequate measures to prevent the continued perpetuation of said pattern of conduct by San Jose police officers. This lack of an adequate supervisorial response by defendants CITY and DAVIS demonstrates the existence of both a formal and an informal custom or policy which tolerates and promotes the continued use of false arrest, excessive force, and violation of civil rights of citizens by San Jose police officers.

58. The acts of defendant police officers alleged herein are the direct and proximate result of the deliberate indifference of defendants CITY, DAVIS, and their supervisory officials and employees to violations of the constitutional rights of persons by defendant police officers herein, and other members of the San Jose Police Department. The plaintiffs' injuries were foreseeable and a proximate result of the deliberate indifference of the CITY and DAVIS to the pattern, practices, customs, and policies described above.

**WHEREFORE**, Plaintiffs pray for relief as set forth.

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

Complaint for Violation of Civil Rights –
Jury Trial Demanded

### THIRD CLAIM FOR RELIEF
(Assault and Battery)
(Against all defendants)

59. Plaintiffs reallege and incorporate by reference herein paragraphs 1 through 52 of this Complaint.

60. Defendant OFFICERS committed assault and battery against plaintiffs by beating Erick Sanchez and laying hands on Paul Cicala and Enrico Sagullo even though they knew that plaintiffs had committed no crime.

61. Defendants' conduct was neither privileged nor justified under statute or common law.

62. As a proximate result of defendants' wrongful conduct, plaintiffs suffered damages as set forth.

63. Since the conduct of defendant OFFICERS occurred in the course and scope of their employment, defendant CITY is therefore liable to plaintiff pursuant to respondeat superior.

**WHEREFORE**, Plaintiffs pray for relief as set forth.

//
//
//
//
//
//

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

## FOURTH CLAIM FOR RELIEF
(Intentional Infliction of Emotional Distress)
(Against all defendants)

64. Plaintiffs reallege and incorporate by reference herein paragraphs 1 through 63 of this Complaint.

65. The conduct of defendant OFFICERS, as set forth herein, was extreme and outrageous and beyond the scope of conduct which should be tolerated by citizens in a democratic and civilized society. However, in order to deliberately injure plaintiffs, defendant OFFICERS committed the aforementioned extreme and outrageous acts with the intent to inflict severe mental and emotional distress upon plaintiffs.

66. As a proximate result of defendants' willful, intentional and malicious conduct, plaintiffs suffered severe and extreme mental and emotional distress. Therefore, plaintiffs are entitled to an award of punitive damages as against the individually named police OFFICERS. Plaintiffs have suffered damages as set forth.

67. Since the conduct of defendant OFFICERS occurred in the course and scope of their employment, defendant CITY is therefore liable to plaintiff pursuant to respondeat superior.

**WHEREFORE**, Plaintiffs pray for relief as set forth

//
//
//
//
//

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

**FIFTH CLAIM FOR RELIEF**
(Negligence)
(Against all defendants)

68.  Plaintiffs reallege and incorporate by reference herein paragraphs 1 through 67 of this Complaint, except for any and all allegations of intentional, malicious, extreme, outrageous, wanton, and oppressive conduct by defendants, and any and all allegations requesting punitive damages.

69.  At all times herein mentioned, defendants were subject to a duty of care, to avoid causing unnecessary physical harm and distress to citizens in the exercise of the police function. The conduct of defendants, as set forth herein, did not comply with the standard of care to be exercised by reasonable police officers and business owners, proximately causing plaintiffs to suffer damages as set forth.

70.  Since the conduct of defendant OFFICERS occurred in the course and scope of their employment, defendant CITY is therefore liable to plaintiff pursuant to respondeat superior.

**WHEREFORE**, Plaintiffs pray for relief as set forth.

**SIXTH CLAIM FOR RELIEF**
(Negligent Infliction of Emotional Distress)
(Against all defendants)

71.  Plaintiffs reallege and incorporate by reference herein paragraphs 1 through 70 of this Complaint, except for any and all allegation of intentional, malicious, extreme, outrageous, wanton, and oppressive conduct by defendants, and any and all allegations requesting punitive damages.

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

72.  At all times herein mentioned, defendants were subject to a duty of care, to avoid causing unnecessary physical harm and distress to citizens.  The conduct of defendants, as set forth herein, did not comply with the standard of care to be exercised by reasonable police officers, proximately causing plaintiff to suffer damages as set forth.

73.  The conduct of defendant OFFICERS as set forth herein, was extreme and outrageous and beyond the scope of conduct which should be tolerated by citizens in a democratic and civilized society.

74.  As a proximate result of defendants' conduct, plaintiffs suffered severe and extreme mental and emotional distress.  Plaintiffs have suffered damages as set forth.

75.  Since the conduct of defendant OFFICERS occurred in the course and scope of their employment, defendant CITY is therefore liable to plaintiff pursuant to respondeat superior.

**WHEREFORE**, Plaintiffs pray for relief as set forth.

### SEVENTH CLAIM FOR RELIEF
(California Civil Code § 52.1)
(Against all defendants)

76. Plaintiffs reallege and incorporate by reference herein paragraphs 1 through 75 of this Complaint.

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

77. The conduct of defendant OFFICERS as described herein violated California Civil Code § 52.1, in that they interfered with plaintiffs' exercise and enjoyment of their civil rights, as enumerated above, through use of wrongful force and false arrest and imprisonment.

78. As a direct and proximate result of defendants' violation of Civil Code § 52.1 plaintiffs suffered violations of their constitutional rights, and suffered damages as set forth.

79. Since the conduct of defendant officers and club employees occurred in the course and scope of their employment, defendant CITY is therefore liable to plaintiffs pursuant to respondeat superior.

80. Plaintiffs are entitled to injunctive relief and an award of reasonable attorney's fees pursuant to Civil Code § 52.1.

**WHEREFORE**, Plaintiff prays for relief as set forth.

### EIGHTH CLAIM FOR RELIEF
(False Imprisonment)
(As against all defendants)

81. Plaintiffs realleges and incorporates by reference herein paragraphs 1 through 80 of this Complaint.

82. On the dates liste in the statement of facts, defendant OFFICERS detained and eventually arrested plaintiffs maliciously and without a warrant or order of commitment of any kind, or any other legal authority of any kind, even though plaintiffs had not committed any crime or

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

Complaint for Violation of Civil Rights --
Jury Trial Demanded

Page 19

1  public offense.  Defendant OFFICERS did not have reasonable cause to believe that plaintiffs had

2  committed any offense.

3

4      93.  Defendant OFFICERS transported plaintiffs to Santa Clara County Main Jail where

5  plaintiffs were imprisoned until their eventual release.

6

7      94.  Since the conduct of defendant OFFICERS occurred in the course and scope of their

8  employment, defendant CITY is therefore liable to plaintiff pursuant to respondeat superior.

9

10     95. The conduct of defendant OFFICERS, as set forth herein, was extreme and outrageous

11  and beyond the scope of conduct which should be tolerated by citizens in a democratic and civilized

12  society.  However, in order to deliberately injure plaintiffs, defendant OFFICERS committed the

13  aforementioned extreme and outrageous acts with the intent to inflict severe injury upon plaintiffs,

14  thereby justifying an award of punitive damages against all defendants.

15

16     96.  As a proximate result, plaintiff suffered damages as set forth.

17

18     **WHEREFORE**, Plaintiff prays for damages as set forth.

19

20

21                    **NINTH CLAIM FOR RELIEF**
                       (Breach of Mandatory Duty)
22                     (As against defendant CITY)

23

24

25     97.  Plaintiffs reallege and incorporate by reference herein paragraphs 1 through 52 of this

26  complaint.

27

28  Complaint for Violation of Civil Rights –
    Jury Trial Demanded                                            Page 20

98.  At all times mentioned herein, defendants CITY and COUNTY were under certain mandatory duties imposed by enactments designed to protect against the risks for particular injuries. Among those duties are:

a.  The duty to provide prompt and adequate medical attention to incarcerated persons as provided for by Government Code section 845.6, as well as the Eighth and Fourteenth Amendments to the United States Constitution; and,

b.  The duty to permit a person accused of public intoxication to have a chemical test performed as provided for by the due process provisions of the United States and California Constitutions.

99.  Defendant CITY breached these mandatory duties when plaintiffs were denied chemical tests upon request and denied prompt and adequate medical care while in custody.

100.  The breach of defendant CITY's mandatory duties as alleged above has resulted in injury and damages to plaintiff in an amount according to proof.

**WHEREFORE**, plaintiff prays for relief as set forth.

**CLAIM REQUIREMENT**

101.  For state causes of action related to Federal claims, plaintiffs are required to comply with an administrative claim requirement under California Law.  Plaintiffs have complied with all applicable requirements.

Complaint for Violation of Civil Rights –
Jury Trial Demanded                                                                              Page 21

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

**JURY DEMAND**

102. Plaintiffs hereby demand a jury trial in this action.

**PRAYER**

WHEREFORE, Plaintiff prays for relief as follows:

1. General damages in an amount no less than $5,000,000;

2. Special damages in an amount no less than $5,000,000;

3. Punitive damages in an amount no less than $10,000,000;

4. Reasonable attorney's fees pursuant to 42 U.S.C. §1988

5. For injunctive relief enjoining defendant CITY from authorizing, allowing, or ratifying the practice by any CITY employee, including all members of the San Jose Police Department, of arresting person for violation of public intoxication laws without probable cause, from retaliating against citizens by arrest on false charges based upon a person's exercise of constitutional rights, of unconstitutionally interfering upon a person's right to intrastate travel, and from abusing and harassing persons by use of physical force and arrest when they have committed no offense;

6. Reasonable attorney's fees pursuant to California Civil Code section 52.1, subdivision (h);

//
//
//
//
//
//
//

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

7. Costs of suit incurred herein; and,

8. Such other and further relief as the Court may deem just and proper.

Dated: 22 August 2008

LAW OFFICES OF ANTHONY BOSKOVICH

By: _____
        Anthony Boskovich
        Attorney for Plaintiffs

Law Offices of Anthony Boskovich 28 North First Street, 6ᵗʰ Floor, San Jose, CA 95113  (408) 286-5150

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| PAUL CICALA, ENRICO SAGULLO, and ERICK SANCHEZ | (Multiple Parties, See Attached List of Defendants) **E-filing** |

| (b) County of Residence of First Listed Plaintiff **Riverside** <br> (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____ <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. **ADR** |
|---|---|
| (c) Attorney's (Firm Name, Address, and Telephone Number) <br> Anthony Boskovich, SBN 121198 <br> Law Offices of Anthony Boskovich <br> 28 N. 1st Street, 6th Floor <br> San Jose, California 95113 <br> (408) 286-5150 <br> **C08  04032  PVT** | Attorneys (If Known) |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance <br> [ ] 120 Marine <br> [ ] 130 Miller Act <br> [ ] 140 Negotiable Instrument <br> [ ] 150 Recovery of Overpayment & Enforcement of Judgment <br> [ ] 151 Medicare Act <br> [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) <br> [ ] 153 Recovery of Overpayment of Veteran's Benefits <br> [ ] 160 Stockholders' Suits <br> [ ] 190 Other Contract <br> [ ] 195 Contract Product Liability <br> [ ] 196 Franchise | **PERSONAL INJURY** <br> [ ] 310 Airplane <br> [ ] 315 Airplane Product Liability <br> [ ] 320 Assault, Libel & Slander <br> [ ] 330 Federal Employers' Liability <br> [ ] 340 Marine <br> [ ] 345 Marine Product Liability <br> [ ] 350 Motor Vehicle <br> [ ] 355 Motor Vehicle Product Liability <br> [ ] 360 Other Personal Injury | **PERSONAL INJURY** <br> [ ] 362 Personal Injury - Med. Malpractice <br> [ ] 365 Personal Injury - Product Liability <br> [ ] 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> [ ] 370 Other Fraud <br> [ ] 371 Truth in Lending <br> [ ] 380 Other Personal Property Damage <br> [ ] 385 Property Damage Product Liability | [ ] 610 Agriculture <br> [ ] 620 Other Food & Drug <br> [ ] 625 Drug Related Seizure of Property 21 USC 881 <br> [ ] 630 Liquor Laws <br> [ ] 640 R.R. & Truck <br> [ ] 650 Airline Regs. <br> [ ] 660 Occupational Safety/Health <br> [ ] 690 Other <br> **LABOR** <br> [ ] 710 Fair Labor Standards Act <br> [ ] 720 Labor/Mgmt. Relations <br> [ ] 730 Labor/Mgmt. Reporting & Disclosure Act <br> [ ] 740 Railway Labor Act <br> [ ] 790 Other Labor Litigation <br> [ ] 791 Empl. Ret. Inc. Security Act | [ ] 422 Appeal 28 USC 158 <br> [ ] 423 Withdrawal 28 USC 157 <br> **PROPERTY RIGHTS** <br> [ ] 820 Copyrights <br> [ ] 830 Patent <br> [ ] 840 Trademark <br> **SOCIAL SECURITY** <br> [ ] 861 HIA (1395ff) <br> [ ] 862 Black Lung (923) <br> [ ] 863 DIWC/DIWW (405(g)) <br> [ ] 864 SSID Title XVI <br> [ ] 865 RSI (405(g)) <br> **FEDERAL TAX SUITS** <br> [ ] 870 Taxes (U.S. Plaintiff or Defendant) <br> [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 400 State Reapportionment <br> [ ] 410 Antitrust <br> [ ] 430 Banks and Banking <br> [ ] 450 Commerce <br> [ ] 460 Deportation <br> [ ] 470 Racketeer Influenced and Corrupt Organizations <br> [ ] 480 Consumer Credit <br> [ ] 490 Cable/Sat TV <br> [ ] 810 Selective Service <br> [ ] 850 Securities/Commodities/ Exchange <br> [ ] 875 Customer Challenge 12 USC 3410 <br> [ ] 890 Other Statutory Actions <br> [ ] 891 Agricultural Acts <br> [ ] 892 Economic Stabilization Act <br> [ ] 893 Environmental Matters <br> [ ] 894 Energy Allocation Act <br> [ ] 895 Freedom of Information Act <br> [ ] 900 Appeal of Fee Determination Under Equal Access to Justice <br> [ ] 950 Constitutionality of State Statutes |
| **REAL PROPERTY** <br> [ ] 210 Land Condemnation <br> [ ] 220 Foreclosure <br> [ ] 230 Rent Lease & Ejectment <br> [ ] 240 Torts to Land <br> [ ] 245 Tort Product Liability <br> [ ] 290 All Other Real Property | **CIVIL RIGHTS** <br> [ ] 441 Voting <br> [ ] 442 Employment <br> [ ] 443 Housing/ Accommodations <br> [ ] 444 Welfare <br> [ ] 445 Amer. w/Disabilities - Employment <br> [ ] 446 Amer. w/Disabilities - Other <br> [X] 440 Other Civil Rights | **PRISONER PETITIONS** <br> [ ] 510 Motions to Vacate Sentence <br> **Habeas Corpus:** <br> [ ] 530 General <br> [ ] 535 Death Penalty <br> [ ] 540 Mandamus & Other <br> [ ] 550 Civil Rights <br> [ ] 555 Prison Condition | **IMMIGRATION** <br> [ ] 462 Naturalization Application <br> [ ] 463 Habeas Corpus - Alien Detainee <br> [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 1983; Assault and Battery, False Imprisonment, Intentional Infliction of Emotional Distress, Negligence, Breach of Mandatory Duty, Cal. Civ. Code 52.1

Brief description of cause:
POLICE MISCONDUCT

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 20,000,000    [X] CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

[ ] SAN FRANCISCO/OAKLAND    [X] SAN JOSE

DATE
August 22, 2008

SIGNATURE OF ATTORNEY OF RECORD

NDC-JS44

1  CITY OF SAN JOSE, ROBERT DAVIS, individually and in his capacity as

2  the Chief of Police for the City of San Jose; OFFICER ORDAZ, a San

3  Jose police officer; OFFICER HIGGINS, a San Jose police officer;

4  OFFICER MARFIA, BADGE NO. 3254, a San Jose police officer; OFFICER

5  KYONO, a San Jose police officer; OFFICER SIEGEL, a San Jose police

6  officer; JOHN DOE and RICHARD ROE, individually and in their

7  capacities as police officers for the City of San Jose, the identity

8  and number of whom are unknown to plaintiff; DOES 1 through 200,

9  Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AO 72
(Rev. 8/82)

AO-72