1

2 **E-Filed 5/6/09**

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

12  PAUL CICALA, et al.,                        Case Number C 08-4032 JF (PVT)

13                    Plaintiffs,

14            v.

15  CITY OF SAN JOSE, et al.,

16                    Defendants.

17  _____           Case Number C 09-176 RMW (PVT)

18  FRANCISCO VALDEZ, et al.,

19                    Plaintiffs,                ORDER REQUESTING BRIEFING
                                                ON WHETHER THE TWO ABOVE-
20            v.                                 CAPTIONED CASES SHOULD BE
                                                RELATED
21  CITY OF SAN JOSE, et al.,

22                    Defendants.

23

24

25        It appears to the undersigned that the two above-captioned cases may be related.  Any

26  party that wishes to take a position as to whether the cases are related may file a short brief

27  addressing this issue on or before May 12, 2009.

28

1    IT IS SO ORDERED.

2

3

4

5

6

7    DATED:   5/6/09

8

9    _____
     JEREMY FOGEL
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Copies of Order served on:

In C 08-4032 JF (PVT):

Anthony Boskovich policemisconduct@compuserve.com

Clifford S. Greenberg cao.main@sanjoseca.gov

Richard D. North cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

In C 09-176 RMW (PVT):

Andrew Vinson Stearns astearns@loboinc.com, dbrothers@loboinc.com, icamarena@loboinc.com, lmoniz@loboinc.com, sberki@loboinc.com

Clifford S. Greenberg cao.main@sanjoseca.gov

Ignascio Gallegos Camarena , II icamarena@loboinc.com

M. Jeffery Kallis M_J_Kallis@Kallislaw.org, anna_khuu@kallislaw.com, Jeff_kallis@Kallislaw.com

Case No. C 08-4032 JF (PVT) / C 09-176 RMW (PVT)
ORDER REQUESTING BRIEFING RE RELATED CASE
(JFLC2)