1 | Andrew V. Stearns, SBN 164849
2 | Ignascio G. Camarena II, SBN 220582
  | Steven M. Berki, SBN 245426
3 | **BUSTAMANTE O'HARA & GAGLIASSO, P.C.**
  | 333 W. San Carlos St., 8th Floor, San Jose, California  95110
4 | Telephone: (408) 977-1911
  | Facsimile: (408) 977-0746
5 | astearns@loboinc.com
  | icamarena@loboinc.com
6 | sberki@loboinc.com

7 | M. Jeffery Kallis, SBN 190028
  | **THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
8 | 333 W. San Carlos St., 8th Floor, San Jose, CA 95110
  | Telephone: (408) 971-4655
9 | Facsimile: (408) 971-4644
  | M_J_Kallis @Kallislaw.org

10 | Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **FRANCISCO VALDEZ**, et al. | Case No. C09-00176 RMW) |
| Plaintiffs, | |
| vs. | (Also to be filed in Related Case No.  C08-4032 JF (PVT) |
| **CITY OF SAN JOSE**, et al., | |
| Defendants. | **STIPULATION, REQUEST, AND ~~PROPOSED~~ ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that the plaintiffs have sufficient grounds for leave to file a Second Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A", based on the following facts:

1. Plaintiffs initially filed this action on January 14, 2009;

2. Plaintiffs filed a First Amended Complaint on February 2, 2009, as a matter of right;

3. To accommodate investigation into legal and factual grounds for naming additional defendants and an additional plaintiff, the parties stipulated to allow the defendants additional time to file a responsive pleading to the First Amended Complaint to March 4, 2009;

4. By March 4, 2009, investigation into the potential new claim(s) was continuing and incomplete despite the diligence of the parties and therefore the parties stipulated to allow the defendants additional time to file a responsive pleading to the First Amended Complaint to April 24, 2009.

5. On April 24, 2009, the plaintiffs informed the defense that their investigation into the potential new claim(s) was completed and have determined it is warranted to name a new plaintiff and additional defendants in this action.

6. The parties have therefore agreed that interests of judicial economy and the preservation of judicial resources will be served by allowing the plaintiffs to file the proposed Second Amended Complaint attached hereto.

IT IS FURTHER STIPULATED that the defendants are not required to file a responsive pleading to the First Amended Complaint, if this Order is entered by the Court, who shall then have 20 days to respond from that date of filing of the Second Amended Complaint. If the Court does not enter this Order, all named Defendants must respond to the First Amended Complaint by May 15, 2009.

So stipulated.

DATED: April 29, 2009            **BUSTAMANTE, O'HARA, & GAGLIASSO, P.C.**


By:_____/S/_____
    ANDREW V. STEARNS
    IGNASCIO G. CAMARENA II
    STEVEN M. BERKI, attorneys for
    Plaintiffs

DATED: April 29, 2009            **THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**

By:    /S/
M. JEFFERY KALLIS, attorneys for Plaintiffs

DATED: April 29, 2009            **RICHARD DOYLE, City Attorney**

By:    /S/
CLIFFORD S. GREENBERG, Deputy City Attorney

SO ORDERED.

DATED:  July 10, 2009

HON. JEREMY FOGEL
United States District Court, Northern District
San Jose Division