IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CICALA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-04032 CW<br>    C 09-00176 RMW<br>    C 09-02617 EJD<br><br>ORDER REGARDING<br>MOTION FOR CLASS<br>CERTIFICATION AND<br>CASE MANAGEMENT<br>STATUS REPORT |

FRANCISCO VALDEZ, et al.,

    Plaintiffs,

  v.

CITY OF SAN JOSE, et al.,

    Defendants.
_____/

RONALD HEIMAN,

    Plaintiff,

  v.

OFFICE JOHNSON, BADGE NO. 3827;
et al.,

    Defendants.
_____/

    The present cases have been ordered related with respect to their claims for injunctive relief under the theory of municipal liability established in Monell v. Department of Social Services, 436 U.S. 658 (1989). C 08-04032 CW, Docket No. 38; C 09-02617 EJD, Docket No. 34; C 09-00176 RMW, Docket No. 21. On

August 24, 2011, the Court approved the parties' stipulation to vacate the case management conference that was set for August 26, 2011 and extended indefinitely the briefing schedule for Plaintiffs' motion for class certification in the Valdez case. One reason the Court extended the deadline for the motion for class certification was to permit the Cicala and Heiman Plaintiffs to settle their Monell claims.  Previously, on August 17, 2011, Court confirmed that the Cicala and Heiman Plaintiffs were permitted to settle those claims, as long as the parties to those actions, including the municipal defendants, stipulate that any settlement will not have any effect on the claims or defenses in the Valdez case.

    Thus far, Plaintiffs in the Cicala and Heiman actions have not reported whether they have settled their Monell claims. However, given the age of the present cases, the Court will not delay the class certification motion indefinitely.  Therefore, the parties in all three actions shall submit a joint status report within fourteen days of this order.  The report shall address (1) what efforts have been made to settle the actions, (2) a proposed briefing schedule for a motion for class certification in the Valdez action, and (3) any other matters that may delay briefing on the motion for class certification.

    IT IS SO ORDERED.

Dated: 10/7/2011

_____
CLAUDIA WILKEN
United States District Judge