IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CICALA, et al., | No. C 08-04032 CW |
|     Plaintiffs, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|   v. | |
| CITY OF SAN JOSE, et al., | |
|     Defendants. / | |
| FRANCISCO VALDEZ, et al., | No. C 09-00176 CW |
|     Plaintiffs, | |
|   v. | |
| CITY OF SAN JOSE, et al., | |
|     Defendants. / | |
| RONALD HEIMAN, | No. C 09-2617 CW |
|     Plaintiff, | |
|   v. | |
| OFFICER JOHNSON, et al., | |
|     Defendants. / | |

Pursuant to Civil Local Rule 72-1 and the request of parties, IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Paul S. Grewal for a settlement conference to be held at the convenience of the Magistrate Judge's calendar. Counsel shall be advised of the date, time, and place of appearance by notice from the assigned Magistrate Judge. Although

there are three cases in different postures, the Court recommends that all three be scheduled for the same day, and addressed in separate sessions as necessary.  A magistrate judge will not be able to devote the length of time or scheduling flexibility that a private mediator would.  Counsel and the parties will be required to adjust their calendars to the availability of the magistrate judge.

Dated: 1/5/2012

CLAUDIA WILKEN
United States District Judge

Cc: MagRef; PSG

2