IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL CICALA, et al.,

    Plaintiffs,

  v.

CITY OF SAN JOSE, et al.,

    Defendants.
_____/

No. C 08-04032 CW
    C 09-00176 CW
    C 09-02617 CW

ORDER CONTINUING MARCH 15, 2012 CASE MANAGEMENT CONFERENCE

FRANCISCO VALDEZ, et al.,

    Plaintiffs,

  v.

CITY OF SAN JOSE, et al.,

    Defendants.
_____/

RONALD HEIMAN,

    Plaintiff,

  v.

OFFICER JOHNSON, BADGE NO. 3827; et al.,

    Defendants.
_____/

    The March 15, 2012 case management conference scheduled for Cicala v. City of San Jose, C 08-04032 CW, and Heiman v. Officer Johnson, C 09-02617 CW, is continued to April 25, 2012 at 2 p.m. The parties in Valdez v. City of San Jose, C 09-00176 CW, shall also appear for the April 25, 2012 case management conference. The parties in all three actions shall file a joint case

management statement at least seven days in advance of the case management conference.

IT IS SO ORDERED.

Dated: ĞĐFGĐGЄFG

_____
CLAUDIA WILKEN
United States District Judge